UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN J. STOVALL, | No. 2:20-cv-01910 GGH P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c).

Review of the court's records confirms petitioner has a pending habeas action in Stovall v. Covello, 2:20-cv-01717-KJN. Petitioner appears to be challenging the same conviction for drug possession as the habeas action in Stovall v. Covello, 2:20-cv-01717-KJN. In Stovall v. Covello, petitioner was ordered to file a habeas petition and file an application requesting leave to proceed in forma pauperis, or pay the required filing fee, in order to properly commence a federal habeas action. Stovall v. Covello, 2:20-cv-01717-KJN (See ECF No. 3). Petitioner was granted thirty days from the date of the court's August 31, 2020 order to file his habeas petition and motion to proceed in forma pauperis. Id. On September 23, 2020, petitioner filed his pending petition for writ of habeas corpus (ECF No. 1) and motion to proceed in forma pauperis (ECF No. 2),

1

however, instead of filing the documents in Stovall v. Covello, 2:20-cv-01717-KJN, petitioner's documents were mistakenly filed as a new habeas action. Accordingly, petitioner habeas petition and motion to proceed in forma pauperis will be refiled in the appropriate case docket in Stovall v. Covello, 2:20-cv-01717-KJN.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to refile petitioner's petition for writ of habeas corpus (ECF No. 1) and motion to proceed in forma pauperis (ECF No. 2) in Stovall v. Covello, 2:20-cv-01717-KJN; and

2. This case having been opened in error, the Clerk of the Court is directed to close this case.

Dated: October 27, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE